UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

*Johnson*
-v-
*Jasmine, et al*

U.S.C.A. # _____

U.S.D.C. # __08-cv-5100__

JUDGE: __KMW__

DATE: __JULY 21, 2008__

U.S. DISTRICT COURT FILED JUL 21 2008 S.D.N.Y.

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

DISTRICT COURT DOCKET ENTRIES --------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |

( ✓ ) Original Record              ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 21ST Day of July, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------         U.S.C.A. # _____

           Johnson                               U.S.D.C. # 08-W-5100
              -v-
           Jasmine, et al                        JUDGE:      KMW
----------------------------------------         DATE:       JULY 21, 2008
```

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21ST Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05100-KMW
### Internal Use Only

Johnson v. Jasmine et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/04/2008
Date Terminated: 06/04/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Michael Johnson.(mbe) (Entered: 06/17/2008) |
| 06/04/2008 | 2 | COMPLAINT against Jasmine, Baker, John Doe((Corr. Officer)). Document filed by Michael Johnson.(mbe) (Entered: 06/17/2008) |
| 06/04/2008 | | SUMMONS ISSUED as to Jasmine, Baker, John Doe((Corr. Officer)). (mbe) (Entered: 06/17/2008) |
| 06/04/2008 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (mbe) (Entered: 06/17/2008) |
| 06/04/2008 | 3 | ORDER OF DISMISSAL, the instant complaint is substantially similar to an earlier complaint plaintiff filed against the same defendants and stemming from the same August 23, 2007 incident, (08-cv-3588 LAP). As the instant complaint is repeat filing, plaintiff's request to proceed in forma pauperis is granted, but the complaint is dismissed as duplicative of (08-cv-3588), should plaintiff wish to amend his complaint in the action that is already pending in this Court, he must comply with Rule 15 of the Federal Rules of Civil Procedure, and any amended complaint must be clearly labeled as such. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 6/4/2008) (mbe) (Entered: 06/17/2008) |
| 06/04/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/4/2008) (mbe) (Entered: 06/17/2008) |
| 06/20/2008 | 5 | PRO SE MEMORANDUM dated 6/18/08 re: CHANGE OF ADDRESS for Michael Johnson. New Address: Din #08A1825, Five Points Correctional Facility, State Route 96, PO Box 119, Romulus, NY, 14541. (tro) (Entered: 06/20/2008) |
| 06/30/2008 | 6 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Michael Johnson. (tp) (Entered: 07/17/2008) |
| 06/30/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Michael Johnson. $455.00 APPEAL FEE DUE. IFP REVOKED 6/4/08. (tp) (Entered: 07/17/2008) |
| 07/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 07/17/2008) |
| 07/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 07/17/2008) |